**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| ZANEYAH'S DELIGHTS LLC, | : | No. 70 MAP 2024 |
| | : | |
| Appellee | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| CRYSTAL LEWIS, | : | |
| | : | |
| Appellant | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 6th day of November, 2024, the appeal is DISMISSED, as this Court does not have direct appellate jurisdiction over it and the appeal is otherwise untimely. *See* 42 Pa.C.S. § 722 (listing instances where this Court has exclusive jurisdiction over final orders of the courts of common pleas); 42 Pa.C.S. § 742 (setting forth the Superior Court's appellate jurisdiction); Pa.R.A.P. 903(a) (providing that a notice of appeal must be filed within 30 days of the entry of the order).